UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| | Case No. 09-11191-BKC-PGH |
| MERCEDES HOMES, INC., *et. al.* | Jointly Administered |
| Debtors. _____/ | |
| JAMES S. FELTMAN, Creditor Trustee, on behalf of the Mercedes Homes Creditor Trust, | Adv. No. 11-01304-PGH |
| Plaintiff, | |
| v. | |
| LIVE OAK - GOTTESMAN LLC, | |
| Defendant. _____/ | |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JAMES S. FELTMAN, Creditor Trustee, on behalf of the Mercedes Homes Creditor Trust, by and through undersigned counsel, pursuant to Fed. R. Bank. P. 7041(a), files this notice of voluntary dismissal with prejudice of the claims brought by Plaintiff against the Defendant, LIVE OAK - GOTTESMAN LLC. Each party is to bear their own attorneys' fees and costs.

Dated this 14th day of March, 2011.

                                                        GENOVESE JOBLOVE & BATTISTA, P.A.
                                                        *Counsel for Plaintiff*
                                                        100 SE Second Street, 44th Floor
                                                        Miami, FL 33131
                                                        Tel.: (305) 349-2300
                                                        Fax.: (305) 349-2310

                                                        By: /s/ Carlos E. Sardi
                                                             Carlos E. Sardi, Esq.
                                                             Fla. Bar No. 781401
                                                             csardi@gjb-law.com